UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON MARAMAG, et al.,

    Plaintiff(s),

v.

WASHINGTON MUTUAL BANK, et al.,

    Defendant(s).
_____/

No. C 12-2156 PJH

**ORDER DISMISSING CASE AND VACATING CASE MANAGEMENT CONFERENCE**

    Pursuant to the notice of voluntary dismissal filed by plaintiff on October 23, 2012, this case is DISMISSED and the October 25, 2012 case management conference is VACATED.

    **IT IS SO ORDERED.**

Dated: October 25, 2012

                                                                        _____
                                                                  PHYLLIS J. HAMILTON
                                                                  United States District Judge